# THE LAW OFFICE
# OF
# FREDERICK M. SEMBLER, PLLC

**501 MADISON AVENUE**
**8TH FLOOR**
**NEW YORK, NY 10022**

TEL: (212) 750-4483
FAX: (212) 750-4491
www.fmsemblerpllc.com

FREDERICK M. SEMBLER
MEMBER
ADMITTED IN NEW YORK
AND CONNECTICUT
fmsembler@fmsemblerpllc.com

CAROL A. CROSSETT
SENIOR ATTORNEY
ADMITTED IN NEW YORK
ccrossett@fmsemblerpllc.com

LISA A. MARCOCCIA
ASSOCIATE
ADMITTED IN NEW YORK
AND NEW JERSEY
lmarcoccia@fmsemblerpllc.com

CLAUDIA V. ALVARADO
SENIOR LEGAL ASSISTANT &
OFFICE MANAGER
calvarado@fmsemblerpllc.com

THE LAW OFFICE OF
FREDERICK M. SEMBLER, LLC

ONE STAMFORD PLAZA
263 TRESSER BLVD
9TH FLOOR
STAMFORD, CT 06901

TEL: (203) 564-1794
FAX: (203) 564-1402

November 12, 2010

Hon. Raymond J. Dearie
Chief Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   Sembler v. Advanta Bank Corp., et al.
      File No. CV 07-2493
      (RJD) (LB)

Dear Judge Dearie:

    This office is counsel to Frederick M. Sembler as Plaintiff in the above-referenced proceeding. On behalf of Plaintiff, and in accordance with Section (I)(D) of Your Honor's Individual Motion Practices, I am enclosing a courtesy copy of Plaintiffs' Objections to Order of Magistrate Judge, dated November 12, 2010. Plaintiff's counsel requested an extension of time for the filing of said objections to Magistrate Judge Lois Bloom's October 15, 2010 Order in a letter to Your Honor dated October 29, 2010 (my "October 29, 2010 Letter") in contemplation of Plaintiff's filing a stipulation to withdraw. Since today is the deadline to file the contemplated Objections, and both of the parties have not been able to execute all of the instruments before such withdrawal is filed, as mentioned in my October 29, 2000 Letter, Plaintiff is filing the Objections herein to preserve Plaintiff's rights.

    As indicated on the document itself, the original was filed with the Court and served on Defendant's counsel via ECF.

    I thank Your Honor for your attention and consideration.

Sincerely yours,

/s/
Carol A. Crossett

Cc:   Amanda Moreno, Esq. (VIA ECF)
      Frederick M. Sembler, Esq.

VIA ECF AND FEDEX